UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DWIGHT WAYNE MOULTON
and AMANDA ROBERTS,

     Plaintiffs,                       CASE NO:

vs.

LIBERTY MUTUAL
INSURANCE COMPANY,

     Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), pursuant to 28 U.S.C. § 1441 *et seq.*, removes this action from the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County.

**I.     The State Court Case**

1.     On October 31, 2019, Plaintiff filed this lawsuit against Liberty Mutual General Insurance Company. On January 24, 2020, Plaintiff filed an amended complaint against Liberty Mutual Insurance Company

2.     On January 30, 2020, Plaintiff served the amended complaint.

3.     The amended complaint contains four counts related to claims made by Plaintiffs for uninsured/uninsured motorist coverage benefits. Counts one and three request uninsured/underinsured motorist coverage benefits. Counts two and four allege Liberty Mutual Insurance Company acted in bad faith in the handling of the insurance claims.

4.     This Notice of Removal is filed within 30 days of receipt of the complaint pursuant to 28 U.S.C. § 1446(b).

5.     28 U.S.C. § 1446(a) requires Liberty Mutual Insurance Company to file copies of all process, pleadings, and orders served upon it. Those documents are attached hereto as Exhibit A.

6.     This case is removed to the United States District Court for the Southern District of Florida, Miami Division because the State Court action was brought in Miami-Dade County, Florida. 28 U.S.C. §§ 1441(a) and 1446(a).

## II.     Jurisdiction

7.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

8.     There is complete diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1).

9.     Plaintiff, Dwight Wayne Moulton is a citizen of Florida.

10.     Plaintiff, Amanda Roberts, is a citizen of Florida.

11.     Pursuant to 28 U.S.C. § 1332(c)(1), Liberty Mutual Insurance Company is a company organized under the laws of the State of Massachusetts and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts. Thus, Liberty Mutual Insurance Company is a citizen of Massachusetts.[1]

---

[1] Liberty Mutual Insurance Company is not the proper Defendant in this matter as it was not the entity that wrote the subject policy. The subject policy was issued by LM General Insurance Company. Pursuant to 28 U.S.C. § 1332(c)(1), LM General Insurance Company is a citizen of Illinois and Massachusetts by

12.    The amount in controversy exceeds $75,000, exclusive of interest and costs.

13.    Plaintiffs sent letters to Liberty Mutual Insurance Company demanding payment of $100,000 in uninsured/underinsured motorist benefits for each Plaintiff. Composite Exhibit B.

14.    Counts one and three of the complaint state that Liberty Mutual Insurance Company "fail[ed] to pay the full available UM/UIM benefits owed." (Am. Compl. ¶¶ 21, 33). The uninsured motorist coverage available is $100,000.00 per person and $300,000 per accident, non-stacked. (Am. Compl., Exh. A). Therefore, these allegations, on their face, demonstrate that Plaintiffs seek $100,000 in count one and $100,000 in count three.

15.    Plaintiffs also attach a Civil Remedy Notice demanding the payment of $100,000 in uninsured/underinsured motorist benefits to Mr. Moulton. (Am. Compl., Exh. B). Plaintiffs also filed a Civil Remedy Notice against demanding the payment of $100,000 in uninsured/underinsured motorist benefits to Ms. Roberts.[2]

16.    The amended complaint demands attorney's fees. "When a statute authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy." *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000).

17.    The demand letters, the allegations in the amended complaint, and the Civil Remedy Notices referenced in the amended complaint are sufficient to show that

---

virtue of being a corporation organized under the laws of Illinois with its principal place of business in Boston, Massachusetts.
[2] The amended complaint states that the Civil Remedy Notice is attached as Exhibit B; however, Exhibit B is a Civil Remedy Notice filed on behalf of Mr. Moulton. Liberty Mutual Insurance Company attaches a copy of the Civil Remedy Notice filed on behalf of Ms. Roberts as Exhibit C to its Notice of Removal.

the amount in controversy exceeds $75,000. *Wrubel v. Safeco Ins. Co. of Illinois*, 266 F. Supp. 3d 1372 (S.D. Fla. 2017).

18.     Accordingly, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## III.     Conclusion

19.     Liberty Mutual Insurance Company removes this case to the United States District Court for the Southern District of Florida.

20.     Liberty Mutual Insurance Company demands trial by jury on all issues so triable.

21.     Promptly after filing this notice of removal, Liberty Mutual Insurance Company will give written notice to all adverse parties and will file a copy of this notice with the clerk of the State court, pursuant to 28 U.S.C. §1446(d).

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
JAMIE COMBEE NOVAES, ESQ.
Florida Bar No.:  108447
jnovaes@butler.legal
Secondary:   ehorton@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:     (813) 281-0900
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

        Michael T. Flanagan, Esq.
        Lauren D. Flanagan, Esq.
        Flanagan Person Injury & Wrongful Death Law Firm, P.A.
        2 Alhambra Plaza, Suite 620
        Coral Gables, FL 33134
        mtf@Florida-Justice.com
        mtfassistant@FloridaJustice.com
        Attorneys for Plaintiffs


By U.S. Mail and E-Mail on February 7, 2020.



                              _____
                    JAMIE COMBEE NOVAES, ESQ.